No. D–223.  IN RE DISBARMENT OF WOLF.  It is ordered that Edward H. Wolf, of New York, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–225.  IN RE DISBARMENT OF FLORSHEIM.  It is ordered that Robert Florsheim, of New York, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 87, Orig.  CALIFORNIA v. TEXAS.  Application of California for a temporary restraining order granted, and it is ordered that enforcement of the emergency order, No. 176.22.20.001, dated February 17, 1981, and effective March 1, 1981, promulgated by the Texas Department of Agriculture, is stayed pending action on the motion for leave to file a bill of complaint or further order of the Court.  JUSTICE WHITE, JUSTICE REHNQUIST, and JUSTICE STEVENS dissent. [For earlier order herein, see ante, p. 961.]

No. 79–1711.  MIDDLESEX COUNTY SEWERAGE AUTHORITY ET AL. v. NATIONAL SEA CLAMMERS ASSN. ET AL.;

No. 79–1754.  JOINT MEETING OF ESSEX AND UNION COUNTIES v. NATIONAL SEA CLAMMERS ASSN. ET AL.;

No. 79–1760.  CITY OF NEW YORK ET AL. v. NATIONAL SEA CLAMMERS ASSN. ET AL.; and

No. 80–12.  ENVIRONMENTAL PROTECTION AGENCY ET AL. v. NATIONAL SEA CLAMMERS ASSN. ET AL.  C. A. 3d Cir. [Certiorari granted, 449 U. S. 917.]  Motion of petitioners in No. 79–1711 for leave to file a supplemental brief after argument granted.

No. 80–850.  JONES, WARDEN v. HELMS.  C. A. 5th Cir. [Probable jurisdiction noted, 449 U. S. 1122.]  Motion of appellant for divided argument denied.